## United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Melissa Crouse**
Debtor(s)

Case No. **25-23420**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
### UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Melissa Crouse**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **January 14, 2026**

Signature **/s/ Melissa Crouse**
Melissa Crouse
Debtor

Melissa Crouse
25 Link Ln
Burgettstown, PA 15021

AT&T MOBILITY SERVICES LLC
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 1010 Pine, St. Louis, MO 63101

ATTUID: mc492d    OneStop: 888-722-1787

CHECK DATE: 12/19/2025    PAY PERIOD FROM 11/30/2025 TO 12/13/2025    TOTAL CURRENT PPD WKD HOURS: 65:04    M1 -EIN 37-1417265
BASIS OF PAY: Hourly

|  | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 1,803.03 | 376.93 | 183.92 | 1,242.18 |
| YTD | 26,520.08 | 5,794.89 | 2,815.50 | xxxxxx |

### WAGES

| DESCRIPTION | PAY PERIOD | COVERAGE PERIOD | RATE | HOURS:MINS |
|---|---|---|---|---|
| HOLIDAY ALLOWANCE |  | 11/30/2025 - 12/13/2025 | -26.6600 | 16:00 |
| HOLIDAY ALLOWANCE |  | 11/30/2025 - 12/13/2025 | 26.9700 | 16:00 |
| NIGHT DIF OT 10% |  | 11/30/2025 - 12/13/2025 | 2.6413 | 0:03 |
| NIGHT DIF REG 10% |  | 11/30/2025 - 12/13/2025 | 2.6413 | 6:05 |
| PREMIUM 0.5 |  | 11/30/2025 - 12/13/2025 | -16.0900 | 0:05 |
| PREMIUM 0.5 |  | 11/30/2025 - 12/13/2025 | -13.2063 | 0:42 |
| PREMIUM 0.5 |  | 11/30/2025 - 12/13/2025 | 13.3300 | 0:03 |
| PREMIUM 0.5 |  | 11/30/2025 - 12/13/2025 | 13.4750 | 0:30 |
| PREMIUM 0.5 |  | 11/30/2025 - 12/13/2025 | 13.5300 | 0:12 |
| PREMIUM 0.5 |  | 11/30/2025 - 12/13/2025 | 16.2450 | 0:05 |
| REGULAR |  | 11/30/2025 - 12/13/2025 | 26.4125 | 64:44 |
| REGULAR - 11/23/2025 - 11/29/2025 |  | 11/16/2025 - 11/29/2025 | 26.4125 | 0:20 |

### SUPPLEMENTAL

| DESCRIPTION | PAY PERIOD | COVERAGE PERIOD | AMOUNT |
|---|---|---|---|
| ADD'L OT ADJUSTMENTS | 11/30/2025 - 12/13/2025 |  | 2.44 |
| INCENTIVE PMT* | 11/30/2025 - 12/13/2025 | 11/01/2025 - 11/30/2025 | 60.00 |

*SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL

### REFUNDS OR DEDUCTIONS

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| UNION DUES CWA | 27.47 | 330.45 |
| RECOVER PREV NTAX-INSTALL | 0.00 | 410.20 |
| ARSP 401K PRE TAX | 155.66 | 2,074.85 |
| ARSP 401K AFT TAX - 11/16/2025 - 11/29/2025 | 0.00 |  |
| ARSP 401K PRE TAX - 11/16/2025 - 11/29/2025 | 0.79 |  |
| TOTAL REFUNDS/ DEDUCTIONS | 183.92 | 2,815.50 |

### TAX WITHHOLDING

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 111.79 | 1,651.52 |
| Medicare | 26.14 | 386.24 |
| Federal Withholding | 164.35 | 2,659.83 |
| State Tax - PA | 55.35 | 813.61 |
| SUI-Employee Paid - PA | 1.27 | 18.65 |
| City Tax - JFRSN | 18.03 | 265.04 |
| TOTAL TAX WITHHOLDING | 376.93 | 5,794.89 |

### TAXABLE WAGES

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,803.03 | 26,637.45 |
| Medicare - Taxable Wages | 1,803.03 | 26,637.45 |
| Federal Withholding - Taxable Wages | 1,646.58 | 24,562.60 |
| Local City Withholding (Work) - Taxable Wages | 1,803.03 | 26,637.45 |
| State Withholding (Work) - Taxable Wages | 1,803.03 | 26,637.45 |

### OTHER INFORMATION

| DESCRIPTION | COVERAGE PERIOD | THIS PERIOD | YTD |
|---|---|---|---|
| 2025 SOC SECURITY LIMITS: | WAGES:176,100.00    TAXES: 10,918.20 |  |  |

Melissa Crouse
25 Link Ln
Burgettstown, PA 15021

AT&T MOBILITY SERVICES LLC
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 1010 Pine, St. Louis, MO 63101

ATTUID: mc492d    OneStop: 888-722-1787

CHECK DATE: 12/05/2025    PAY PERIOD FROM 11/16/2025 TO 11/29/2025    TOTAL CURRENT PPD WKD HOURS: 72:51    M1 -EIN 37-1417265
BASIS OF PAY: Hourly

|  | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 3,419.09 | 862.88 | 221.39 | 2,334.82 |
| YTD | 24,717.05 | 5,417.96 | 2,631.58 | xxxxxx |

### WAGES

| DESCRIPTION | PAY PERIOD | COVERAGE PERIOD | RATE | HOURS:MINS |
|---|---|---|---|---|
| HOLIDAY ALLOWANCE |  | 11/16/2025 - 11/29/2025 | 26.4125 | 16:00 |
| NIGHT DIF REG 10% |  | 11/16/2025 - 11/29/2025 | 2.6413 | 7:16 |
| PREMIUM 0.5 |  | 11/16/2025 - 11/29/2025 | -13.3650 | 0:05 |
| PREMIUM 0.5 |  | 11/16/2025 - 11/29/2025 | -13.2063 | 0:15 |
| PREMIUM 0.5 |  | 11/16/2025 - 11/29/2025 | 13.2063 | 8:00 |
| PREMIUM 0.5 |  | 11/16/2025 - 11/29/2025 | 15.5100 | 0:03 |
| PREMIUM 0.5 |  | 11/16/2025 - 11/29/2025 | 16.0900 | 0:05 |
| PREMIUM 0.5 |  | 11/16/2025 - 11/29/2025 | 16.4200 | 0:12 |
| REGULAR |  | 11/16/2025 - 11/29/2025 | 26.4125 | 72:31 |
| REGULAR - 11/09/2025 - 11/15/2025 |  | 11/02/2025 - 11/15/2025 | 26.4125 | 0:20 |

### SUPPLEMENTAL

| DESCRIPTION | PAY PERIOD | COVERAGE PERIOD | AMOUNT |
|---|---|---|---|
| ADD'L OT ADJUSTMENTS |  | 11/16/2025 - 11/29/2025 |  | 4.67 |
| INCENTIVE PMT* |  | 11/16/2025 - 11/29/2025 | 10/01/2025 - 10/31/2025 | 882.40 |
| MISC PAYMENT - FLAT TAX |  | 11/16/2025 - 11/29/2025 |  | 55.00 |
| ADD'L OT ADJUSTMENTS - 11/02/2025 - 11/15/2025 |  | 11/02/2025 - 11/15/2025 |  | 4.45 |

*SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL

### REFUNDS OR DEDUCTIONS

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| UNION DUES CWA | 27.47 | 302.98 |
| RECOVER PREV NTAX-INSTALL | 0.00 | 410.20 |
| ARSP 401K PRE TAX | 193.13 | 1,918.40 |
| ARSP 401K AFT TAX - 11/02/2025 - 11/15/2025 | 0.00 |  |
| ARSP 401K AFT TAX - 11/02/2025 - 11/15/2025 | 0.00 |  |
| ARSP 401K PRE TAX - 11/02/2025 - 11/15/2025 | 0.40 |  |
| ARSP 401K PRE TAX - 11/02/2025 - 11/15/2025 | 0.39 |  |
| TOTAL REFUNDS/ DEDUCTIONS | 221.39 | 2,631.58 |

### TAX WITHHOLDING

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 211.98 | 1,539.73 |
| Medicare | 49.58 | 360.10 |
| Federal Withholding | 459.77 | 2,495.48 |
| State Tax - PA | 104.97 | 758.26 |
| SUI-Employee Paid - PA | 2.39 | 17.38 |
| City Tax - JFRSN | 34.19 | 247.01 |
| TOTAL TAX WITHHOLDING | 862.88 | 5,417.96 |

### TAXABLE WAGES

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,419.09 | 24,834.42 |
| Medicare - Taxable Wages | 3,419.09 | 24,834.42 |
| Federal Withholding - Taxable Wages | 3,225.17 | 22,916.02 |
| Local City Withholding (Work) - Taxable Wages | 3,419.09 | 24,834.42 |
| State Withholding (Work) - Taxable Wages | 3,419.09 | 24,834.42 |

### OTHER INFORMATION

| DESCRIPTION | COVERAGE PERIOD | THIS PERIOD | YTD |
|---|---|---|---|
| 2025 SOC SECURITY LIMITS: | WAGES:176,100.00    TAXES: 10,918.20 |  |  |

Melissa Crouse
25 Link Ln
Burgettstown, PA 15021

AT&T MOBILITY SERVICES LLC
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 1010 Pine, St. Louis, MO 63101

ATTUID: mc492d
OneStop: 888-722-1787

CHECK DATE: 11/21/2025
PAY PERIOD FROM 11/02/2025 TO 11/15/2025
TOTAL CURRENT PPD WKD HOURS: 69:59
M1 -EIN 37-1417265
BASIS OF PAY: Hourly

|  | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 1,881.52 | 388.93 | 193.90 | 1,298.69 |
| YTD | 21,297.96 | 4,555.08 | 2,410.19 | xxxxxx |

### WAGES

| DESCRIPTION | PAY PERIOD | COVERAGE PERIOD | RATE | HOURS:MINS |
|---|---|---|---|---|
| NIGHT DIF OT 10% |  | 11/02/2025 - 11/15/2025 | 2.6413 | 0:42 |
| NIGHT DIF REG 10% |  | 11/02/2025 - 11/15/2025 | 2.6413 | 7:17 |
| PREMIUM 0.5 |  | 11/02/2025 - 11/15/2025 | 13.2063 | 0:42 |
| REGULAR |  | 11/02/2025 - 11/15/2025 | 26.4125 | 69:59 |

### SUPPLEMENTAL

| DESCRIPTION | PAY PERIOD | COVERAGE PERIOD | AMOUNT |
|---|---|---|---|
| ADD'L OT ADJUSTMENTS |  | 11/02/2025 - 11/15/2025 | 2.75 |

### REFUNDS OR DEDUCTIONS

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| UNION DUES CWA | 27.47 | 275.51 |
| RECOVER PREV NTAX INSTALL | 0.00 | 410.20 |
| ARSP 401K PRE TAX | 166.43 | 1,724.48 |
| TOTAL REFUNDS/ DEDUCTIONS | 193.90 | 2,410.19 |

### TAX WITHHOLDING

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 116.65 | 1,327.75 |
| Medicare | 27.28 | 310.52 |
| Federal Withholding | 167.10 | 2,035.71 |
| State Tax - PA | 57.76 | 653.29 |
| SUI-Employee Paid - PA | 1.32 | 14.99 |
| City Tax - JFRSN | 18.82 | 212.82 |
| TOTAL TAX WITHHOLDING | 388.93 | 4,555.08 |

### TAXABLE WAGES

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,881.52 | 21,415.33 |
| Medicare - Taxable Wages | 1,881.52 | 21,415.33 |
| Federal Withholding - Taxable Wages | 1,715.09 | 19,690.85 |
| Local City Withholding (Work) - Taxable Wages | 1,881.52 | 21,415.33 |
| State Withholding (Work) - Taxable Wages | 1,881.52 | 21,415.33 |

### OTHER INFORMATION

| DESCRIPTION | COVERAGE PERIOD | THIS PERIOD | YTD |
|---|---|---|---|
| 2025 SOC SECURITY LIMITS: | WAGES:176,100.00 | TAXES: 10,918.20 |  |

Melissa Crouse
25 Link Ln
Burgettstown, PA 15021

AT&T MOBILITY SERVICES LLC
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 1010 Pine, St. Louis, MO 63101

ATTUID: mc492d     OneStop: 888-722-1787

CHECK DATE: 11/07/2025     PAY PERIOD FROM 10/19/2025 TO 11/01/2025     TOTAL CURRENT PPD WKD HOURS: 73:17     M1 -EIN 37-1417265
BASIS OF PAY: Hourly

|  | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 2,745.63 | 666.17 | 203.32 | 1,876.14 |
| YTD | 19,416.44 | 4,166.15 | 2,216.29 | xxxxxx |

### WAGES

| DESCRIPTION | PAY PERIOD | COVERAGE PERIOD | RATE | HOURS:MINS |
|---|---|---|---|---|
| NIGHT DIF OT 10% | 10/19/2025 - 11/01/2025 |  | 2.6413 | 0:05 |
| NIGHT DIF REG 10% | 10/19/2025 - 11/01/2025 |  | 2.6413 | 7:24 |
| PREMIUM 0.5 | 10/19/2025 - 11/01/2025 |  | -13.2063 | 1:26 |
| PREMIUM 0.5 | 10/19/2025 - 11/01/2025 |  | 13.3650 | 0:05 |
| PREMIUM 0.5 | 10/19/2025 - 11/01/2025 |  | 15.0900 | 0:49 |
| PREMIUM 0.5 | 10/19/2025 - 11/01/2025 |  | 15.1000 | 0:37 |
| REGULAR | 10/19/2025 - 11/01/2025 |  | 26.4125 | 72:21 |
| NIGHT DIF REG 10% - 10/05/2025 - 10/11/2025 | 10/05/2025 - 10/18/2025 |  | 2.6413 | 0:17 |
| NIGHT DIF REG 10% - 10/12/2025 - 10/18/2025 | 10/05/2025 - 10/18/2025 |  | 2.6413 | 0:05 |
| REGULAR - 10/05/2025 - 10/11/2025 | 10/05/2025 - 10/18/2025 |  | 26.4125 | 0:17 |
| REGULAR - 10/12/2025 - 10/18/2025 | 10/05/2025 - 10/18/2025 |  | 26.4125 | 0:39 |

### SUPPLEMENTAL

| DESCRIPTION | PAY PERIOD | COVERAGE PERIOD | AMOUNT |
|---|---|---|---|
| INCENTIVE PMT* | 10/19/2025 - 11/01/2025 | 09/01/2025 - 09/30/2025 | 722.70 |
| MISC PAYMENT - FLAT TAX | 10/19/2025 - 11/01/2025 |  | 55.00 |
| ADD'L OT ADJUSTMENTS - 10/05/2025 - 10/18/2025 | 10/05/2025 - 10/18/2025 |  | 7.79 |

*SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL

### REFUNDS OR DEDUCTIONS

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| UNION DUES CWA | 27.47 | 248.04 |
| RECOVER PREV NTAX-INSTALL | 0.00 | 410.20 |
| ARSP 401K PRE TAX | 173.55 | 1,558.05 |
| ARSP 401K AFT TAX - 10/05/2025 - 10/18/2025 | 0.00 |  |
| ARSP 401K PRE TAX - 10/05/2025 - 10/18/2025 | 2.30 |  |
| TOTAL REFUNDS/ DEDUCTIONS | 203.32 | 2,216.29 |

### TAX WITHHOLDING

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 170.23 | 1,211.10 |
| Medicare | 39.81 | 283.24 |
| Federal Withholding | 342.46 | 1,868.61 |
| State Tax - PA | 84.29 | 595.53 |
| SUI-Employee Paid - PA | 1.92 | 13.67 |
| City Tax - JFRSN | 27.46 | 194.00 |
| TOTAL TAX WITHHOLDING | 666.17 | 4,166.15 |

### TAXABLE WAGES

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,745.63 | 19,533.81 |
| Medicare - Taxable Wages | 2,745.63 | 19,533.81 |
| Federal Withholding - Taxable Wages | 2,569.78 | 17,975.76 |
| Local City Withholding (Work) - Taxable Wages | 2,745.63 | 19,533.81 |
| State Withholding (Work) - Taxable Wages | 2,745.63 | 19,533.81 |

### OTHER INFORMATION

| DESCRIPTION | COVERAGE PERIOD | THIS PERIOD | YTD |
|---|---|---|---|
| 2025 SOC SECURITY LIMITS: | WAGES:176,100.00     TAXES: 10,918.20 |  |  |

Melissa Crouse
25 Link Ln
Burgettstown, PA 15021

AT&T MOBILITY SERVICES LLC
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 1010 Pine, St. Louis, MO 63101

ATTUID: mc492d
OneStop: 888-722-1787

CHECK DATE: 10/24/2025    PAY PERIOD FROM 10/05/2025 TO 10/18/2025    TOTAL CURRENT PPD WKD HOURS: 68:18    M1 -EIN 37-1417265
BASIS OF PAY: Hourly

|  | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 2,141.16 | 447.66 | 219.23 | 1,474.27 |
| YTD | 16,670.81 | 3,499.98 | 2,012.97 | xxxxxx |

### WAGES

| DESCRIPTION | PAY PERIOD | COVERAGE PERIOD | RATE | HOURS:MINS |
|---|---|---|---|---|
| NIGHT DIF OT 10% |  | 10/05/2025 - 10/18/2025 | 2.6413 | 0:15 |
| NIGHT DIF REG 10% |  | 10/05/2025 - 10/18/2025 | 2.6413 | 6:10 |
| PREMIUM 0.5 |  | 10/05/2025 - 10/18/2025 | 13.2063 | 0:15 |
| REGULAR |  | 10/05/2025 - 10/18/2025 | 26.4125 | 68:18 |
| VACATION |  | 10/05/2025 - 10/18/2025 | 26.4125 | 12:00 |

### SUPPLEMENTAL

| DESCRIPTION | PAY PERIOD | COVERAGE PERIOD | AMOUNT |
|---|---|---|---|
|  |  |  |  |

### REFUNDS OR DEDUCTIONS

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| UNION DUES CWA | 27.47 | 220.57 |
| RECOVER PREV NTAX-INSTALL | 0.00 | 410.20 |
| ARSP 401K PRE TAX | 191.76 | 1,382.20 |
| TOTAL REFUNDS/ DEDUCTIONS | 219.23 | 2,012.97 |

### TAX WITHHOLDING

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 132.75 | 1,040.87 |
| Medicare | 31.05 | 243.43 |
| Federal Withholding | 195.22 | 1,526.15 |
| State Tax - PA | 65.73 | 511.24 |
| SUI-Employee Paid - PA | 1.50 | 11.75 |
| City Tax - JFRSN | 21.41 | 166.54 |
| TOTAL TAX WITHHOLDING | 447.66 | 3,499.98 |

### TAXABLE WAGES

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,141.16 | 16,786.18 |
| Medicare - Taxable Wages | 2,141.16 | 16,788.18 |
| Federal Withholding - Taxable Wages | 1,949.40 | 15,405.98 |
| Local City Withholding (Work) - Taxable Wages | 2,141.16 | 16,788.18 |
| State Withholding (Work) - Taxable Wages | 2,141.16 | 16,788.18 |

### OTHER INFORMATION

| DESCRIPTION | COVERAGE PERIOD | THIS PERIOD | YTD |
|---|---|---|---|
| 2025 SOC SECURITY LIMITS: | WAGES:176,100.00    TAXES: 10,918.20 |  |  |