IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Melissa Crouse | : | Case No. 25-23420-GLT |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Pennsylvania Housing Finance Agency | : | Related to Doc. 37 |
| | : | |
| Movant(s) | : | Hearing Date: 9/16/26 at 1:30 p.m. |
| | : | |
| vs. | : | |
| Melissa Crouse and Ronda J. | : | |
| Winnecour, Trustee | : | |
| Respondent(s) | : | |

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Ronda J. Winnecour, Chapter 13 Standing Trustee, respectfully represents the following:

1. Pennsylvania Housing Finance Agency requested relief from stay with regard to a property located at 25 Link Lane, Burgettstown, PA 15021.

2. This case was filed on December 19, 2025, and the Meeting of Creditors was held on February 23, 2026.

3. Debtor is in default on Plan payments.

4. Debtor's Schedules reflect that the fair market value of the property is $159,000.00, and Debtor has claimed exemptions of $31,575.00 under 11 U.S.C. § 522(d)(1) and $1,675.00 under 11 U.S.C. § 522(d)(5).

5. Debtor's Schedules state that Movant holds a claim against the property in the amount of $76,391.00.

6. Debtor's Schedules state that the U.S. Department of Housing and Urban Development also holds a claim against the property in the amount of $5,655.38.

7. Therefore, substantial equity may exist in the property, which should be

preserved for the benefit of the estate.

WHEREFORE, the Trustee so reports to the Court.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date: August 7, 2026                    By: /s/ James C. Warmbrodt
James C. Warmbrodt, PA I.D. 42524
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Melissa Crouse                                    :     Case No. 25-23420-GLT
                                                  :
               Debtor(s)                          :     Chapter 13
                                                  :
Pennsylvania Housing Finance Agency   :     Related to Doc. 37
                                                  :
               Movant(s)                          :     Hearing Date: 9/16/26 at 1:30 p.m.
                                                  :
               vs.                                :
Melissa Crouse and Ronda J.                       :
Winnecour, Trustee                                :
               Respondent(s)                      :

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of August 2026, I served one true and correct

copy of the foregoing document on the following parties in interest by United States first-

class mail, postage prepaid, addressed as follows:

Office of the U.S. Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA  15222

Melissa Crouse
25 Link Lane
Burgettstown, PA  15021

Lawrence W. Willis, Esquire
201 Penn Center Blvd., Suite 310
Pittsburgh, PA  15235

Matthew Fissel, Esquire
707 Market Street, Suite 5000
Philadelphia, PA  19106

                                   <u>/s/Rosa M. Richard</u>
                                   Office of Chapter 13 Trustee
                                   US Steel Tower – Suite 3250
                                   600 Grant Street
                                   Pittsburgh, PA  15219
                                   (412) 471-5566
                                   cmecf@chapter13trusteewdpa.com