FILED
9/17/26 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 25-23420-GLT |
| | : | Chapter: | 13 |
| Melissa Crouse | : | | |
| | : | | |
| | : | Date: | 9/16/2026 |
| *Debtor(s).* | : | Time: | 02:00 |

**PROCEEDING MEMO**

-

***MATTER:*** #37 - Motion for Relief from Stay Filed by PA Housing Finance Agency
[Response due 8/17/2026]
# 40 - Response filed by the chapter 13 trustee

***APPEARANCES****:*

Debtor: Lawrence Willis
Trustee: James Warmbrodt
Creditor: Matthew Fissel

[2:51]
***NOTES:***

Fissel: We haven't received payments in the past six months, and I believe the Debtor passed away.

Willis: That is correct. I have been unable to confirm that she has passed away. Dismissal would be preferable.

***OUTCOME:***

1. For the reasons stated on the record at the September 16, 2026 hearing, the *Motion for Relief from Stay* [Dkt. No. 37] is **CONTINUED** to October 21, 2026. [Text Order]

2. For the reasons stated on the record at the September 16, 2026 hearing, the Court will issue an *Order to Show Cause* as to why the case should not be dismissed or converted due to the Debtor's passing. [Chambers to Issue OTSC]

**DATED:** 9/16/2026