FILED
9/17/26 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 25-23420-GLT |
| **MELISSA CROUSE**, | : | Chapter 13 |
| *Debtor*. | : | Related to Dkt. Nos. 37, 40 |

**ORDER TO SHOW CAUSE**

The Debtor has not made a payment toward her chapter 13 plan in six months due to her unfortunate passing. While a chapter 13 case may continue after the debtor's death "if further administration is possible and [it] is in the parties' best interests[,]" it is unclear whether that is the situation here.[1] The record does not establish whether or not the Debtor has a probate estate, and absent such proof in the record, the Court cannot allow this chapter 13 case to continue in its current form.

The case is already in month 11 and only three plan payments have been made. To date, the plan arrears are approximately $8,457. The case has reached a point where continued inaction risks prejudice to creditors and the estate alike. Under 11 U.S.C. § 1307(b), a chapter 13 bankruptcy case may be dismissed or converted, whichever is in the best interest of the estate and creditors, for "cause." The Court has discretion to determine whether cause exists. In the absence of a viable prospect of a successful bankruptcy, it appears that any further delays in this case will cause prejudice to creditors of the bankruptcy estate.

**AND NOW**, based upon the foregoing it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

---

[1] See Fed.R.Bankr.P. 1016(b).

1. An *Order to Show Cause* is issued against the Debtor and her probate estate to appear through counsel at a hearing before this Court on **October 21, 2026 at 9 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 to show cause as to why the above-captioned case should not be dismissed without prejudice or converted to a case under chapter 7 of the United States Bankruptcy Code because the Debtor passed away and it is unclear whether a probate estate exists to authorize further action in this case.

2. On or before **October 14, 2026**, the Debtor shall file a response to this *Order to Show Cause*. In the absence of a timely response, the Court may dismiss or convert the case without further notice or hearing.

Dated: September 17, 2026

**GREGORY L. TADDONIO CHIEF JUDGE**
**UNITED STATES BANKRUPTCY COURT**

Case administrator to mail to:
Debtor

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-23420-GLT |
| Melissa Crouse | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Sep 17, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Crouse, 25 Link Lane, Burgettstown, PA 15021-2033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence Willis | on behalf of Debtor Melissa Crouse ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4