FILED
10/22/26 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 25-23420-GLT |
| | : | Chapter: | 13 |
| Melissa Crouse | : | | |
| | : | | |
| | : | Date: | 10/21/2026 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

***MATTER:*** #45 - Order to Show Cause Against Debtor and Probate Estate to Show Cause as to Why this Case Should Not be dismissed with out prejudice or converted to Chapter 7
[Response due 10/14/2026]

#37 - Continued Motion for Relief from Stay Filed by Pennsylvania Housing Finance Agency
#40 - Response filed by Trustee

***APPEARANCES***:

| | |
|---|---|
| Debtor: | Lawrence Willis |
| Trustee: | Ronda J. Winnecour |
| Pennsylvania Housing Finance Agency: | Matthew Fissel |

[9:09]
***NOTES:***

Willis: Unlike the other case, I haven't had any contact with any of the relatives. The only reason I am aware of her passing is that the Debtor's sister contacted opposing counsel. I can't verify that she is deceased.

Winnecour: I have a pending certificate of dismissal. I am requesting dismissal. The Debtor's last payment was in April.

Fissel: I don't oppose dismissal.

***OUTCOME:***

1. For the reasons stated on the record at the October 21, 2026 hearing and in the *Order to Show Cause Against Debtor and Probate Estate to Show Cause as to Why this Case Should Not be Dismissed Without Prejudice or Converted to Chapter 7* [Dkt. No. 45] Case No. 25-23420-GLT is **DISMISSED**. [DB to enter standard dismissal order]

2. For the reasons stated on the record at the October 21, 2026 hearing, the *Motion for Relief from Stay Filed by Pennsylvania Housing Finance Agency* [Dkt. No. 37] is **DENIED** as moot. [Text Order]

**DATED:** 10/21/2026